UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Master File No. 2: 11-md-2226-DCR MDL Docket No. 2226 |
| *Germain, et al. v. Teva Pharm. USA, Inc.,* | ) ) ) ) ) ) | Civil Action No. 2: 11-209-DCR  **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Court's Memorandum Opinion and Order Regarding Generic Defendants' Motions to Dismiss [Record No. 1305], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendant Teva Pharmaceuticals USA, Inc. with respect to the issues raised herein.

(2)   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3)   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of March, 2012.



Signed By:
Danny C. Reeves  DCR
United States District Judge